■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC SNYPE, Appellant. [35 NYS3d 657]—Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered November 18, 2014, convicting him of criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, there is no need to remit this matter for amendment of the sentencing minutes for the purposes of 7 NYCRR 1900.4 (c) (1) (iii) (*see People v Ellis*, 123 AD3d 1054, 1054 [2014]; *cf. People v Jackson*, 136 AD3d 1056, 1057 [2016]). The sentence and commitment specifies that the defendant was convicted of criminal possession of a weapon in the second degree under Penal Law § 265.03 (3), and is in compliance with CPL 380.65 (*see People v Ellis*, 123 AD3d at 1054; *People v Lynch*, 121 AD3d 717, 719 [2014]). Balkin, J.P., Miller, Hinds-Radix and Brathwaite Nelson, JJ., concur.